IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:12CR3083 |
| JEFFREY ANDERSON, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

THIS MATTER comes before the Court on Defendant's unopposed motion to extend the deadline for filing pretrial motions and jury trial. (Filing no. 26). The Court, being fully advised in the premises, finds said motions should be granted.

IT IS THEREFORE ORDERED that Mr. Anderson shall file any pretrial motions in the above captioned matter no later than Friday, October 26, 2012. This Court further finds that, based upon the showing set forth in defendant's Motions, the ends of justice will be served by extending the deadline for filing pretrial motions. Further, that taking such action outweighs the best interests of the public and Mr. Anderson in a speedy trial. Accordingly, the time from October 12, 2012, until October 26, 2012 shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A).

Further, Mr. Anderson's jury trial shall be continued pending the resolution of any pretrial motions filed in this matter.

Dated this 12th day of October, 2012.

BY THE COURT:

s/ Cheryl R. Zwart
The Honorable Cheryl R. Zwart
United States Magistrate Judge