IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:12CR3083 |
| JEFFREY ANDERSON, | ) ) ) |
| Defendant. | ) |

**ORDER**

THIS MATTER comes before the Court on the Unopposed Motion to Extend the Deadline for Filing Pretrial Motions, (filing 34), from October 26, 2012, until November 2, 2012. The Court, being fully advised in the premises, finds said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Anderson shall file any pretrial motions in the above captioned matter no later than November 2, 2012. This Court further finds that, based upon the showing set forth in defendant's Motion, the ends of justice will be served by extending the deadline for filing pretrial motions. Further, that taking such action outweighs the best interests of the public and Mr. Anderson in a speedy trial. Accordingly, the time from October 26, 2012, until November 2, 2012, shall be excluded from any speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A).

Dated this 26th day of October, 2012.

BY THE COURT:

The Honorable Cheryl R. Zwart
United States Magistrate Judge