IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:12CR3083 |
| | ) | |
| JEFFREY ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

THIS MATTER comes before the Court on the Unopposed Motion to Extend the Deadline for Filing Pretrial Motions, (filing 40), from November 2, 2012, until November 7, 2012. The Court, being fully advised in the premises, and noting that the government has no objection finds said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Anderson shall file any pretrial motions in the above captioned matter no later than November 7, 2012. This Court further finds that defendant's filing of a motion to suppress statements on November 2, 2012, effectively tolls the speedy trial time in this matter. See, 18 U.S.C. §3161(h)(1)(D)(time resulting from the filing and resolution of a pretrial motion).

Dated this 2nd day of November, 2012.

BY THE COURT:

s/ Cheryl R Zwart
The Honorable Cheryl R. Zwart
United States Magistrate Judge